# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| OR5U | E 1159950 | Malis | 2721 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 1509 12/04/2022
Offense Charged: ☒ CFR ☐ USC ☒ State Code
36 CFR 4.2(b) ORS 803.300

Place of Offense: CRATER LAKE NP West boundary Highway 62

HAZMAT ☐

Offense Description: Factual Basis for Charge
Failure to register a vehicle.

### DEFENDANT INFORMATION

Last Name: Bennett
First Name: Casey
M.I.: James

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 196 ETD | OR | 05 | Toyo Prius | | Grn |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 115 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ 145 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: US District Court
310 W. 6th Street
Medford, OR 97501
Phone 503-727-1020

Date: 
Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1159950*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on December 4, 2022 while exercising my duties as a law enforcement officer in the Federal District of Oregon

see attached document

The foregoing statement is based upon:
☒ my personal observation ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/05/2022    [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident